## 72605. GORDON v. THE STATE.
(365 SE2d 287)

BEASLEY, Judge.

On certiorari our decision affirming the trial court in *Gordon v. State*, 181 Ga. App. 391 (352 SE2d 582) (1986) was affirmed in part and reversed in part in *Gordon v. State*, 257 Ga. 335 (359 SE2d 634) (1987). Accordingly, our decision in Division 1 is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed in part and reversed in part. Birdsong, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Carley, Sognier, Pope, and Benham, JJ., concur.*

DECIDED JANUARY 6, 1988.

*Robert J. Reed, Albert M. Pearson III*, for appellant.

*Robert E. Wilson*, District Attorney, *Michael J. Bowers*, Attorney General, *Harrison W. Kohler*, Senior Assistant Attorney General, *George P. Shingler*, Assistant Attorney General, for appellee.